USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DWAYNE THOMAS,

           Defendant.

No. 15-cr-640 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Mr. Thomas's motion for compassionate release. *See* Dkt. 75.

The Government is directed to respond by no later than December 23, 2020.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Thomas.

SO ORDERED.

Dated:    December 9, 2020
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge