USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DWAYNE THOMAS,

          Defendant.

No. 15-cr-740 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court previously directed the Government to respond to Mr. Thomas's motion for compassionate release by December 23, 2020. Dkt. 76. On December 28, 2020, a new Assistant United States Attorney was assigned to this matter. Accordingly, the Government shall respond to Mr. Thomas's motion no later than January 11, 2021.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Thomas.

SO ORDERED.

Dated:    December 28, 2020
            New York, New York

Ronnie Abrams
United States District Judge