UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DWAYNE THOMAS,

                Movant,

     -against-

UNITED STATES OF AMERICA,

                Respondent.

23-CV-2575 (RA)

15-CR-0740 (RA)

ORDER TO ANSWER

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Mr. Thomas shall have thirty days from the date on which he is served with the government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas.

SO ORDERED.

Dated:   April 11, 2023
           New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge