UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

DWAYNE THOMAS,

Defendant.

15-CR-740 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Clerk of Court is respectfully requested to mail a copy of the Court's order dated June 7, 2024 to Mr. Thomas. *See* Dkt. 99.

SO ORDERED.

Dated:      June 10, 2024
            New York, New York

_____
Ronnie Abrams
United States District Judge