UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DWAYNE THOMAS,<br><br>                    Defendant. | 15-CR-740 (RA)<br><br>23-CV-2575 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On July 23, 2024, the Court issued an Opinion and Order denying Mr. Thomas's petition to vacate his sentence pursuant to 28 U.S.C. § 2255. On October 31, 2024, Mr. Thomas filed a motion to withdraw his § 2255 petition, explaining that he "realize[d] the futility of raising any more claims concerning this matter." Dkt. 104, at 2. Because the Court has already decided his § 2255 motion, Mr. Thomas's motion to withdraw the petition is moot. The Clerk of Court is respectfully directed to terminate the civil action and mail a copy of this Order to Mr. Thomas.

SO ORDERED.

Dated:   November 1, 2024
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge