UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>DWAYNE THOMAS,<br><br>                    Defendant. | 15-CR-740 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 5, 2025, the Court received a motion from Defendant, proceeding *pro se*, for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 106. The Government shall file an opposition no later than March 19, 2025. If Defendant chooses to reply to the Government's opposition, he should mail his reply to the Court by April 9, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas.

SO ORDERED.

Dated:  March 6, 2025
        New York, New York

                                                     _____
                                                     Ronnie Abrams
                                                     United States District Judge