UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DWAYNE THOMAS,<br><br>                    Defendant. | 15-CR-740 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 6, 2025, the Court ordered the Government to file an opposition to the Defendant's *pro se* motion for a sentence reduction no later than March 19, 2025. To date, no opposition has been filed. The Government is directed to file its opposition no later than March 31, 2025. If Defendant chooses to reply to the Government's opposition, he should mail his reply to the Court by April 30, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas.

SO ORDERED.

Dated:   March 24, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge